UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03276-MAA | Date | July 3, 2023 |
|---|---|---|---|
| Title | Jiakang Fan v. Jaddou Ur Mendoza et al. | | |

| Present: The Honorable | Maria A. Audero, United States Magistrate Judge |
|---|---|
| Narissa Estrada | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION**

Plaintiff filed this civil action on April 29, 2023. The case was randomly assigned to Magistrate Judge Maria A. Audero through the Court's Magistrate Judge Direct Assignment Program.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve process in this action within ninety (90) days after commencement of the action, or by July 28, 2023. *See* Fed. R. Civ. P. 4(m). However, according to the Court's review of the docket, no proof of service has been filed in the action yet, and no defendant has appeared in the action to date. Moreover, Plaintiff has failed to respond to this Court's May 31, 2023 Order regarding service. (*See* ECF No. 7.)

Accordingly, Plaintiff hereby is **ORDERED** to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this OSC will be due by no later than **July 28, 2023**. Plaintiff may discharge this OSC **on or before July 28, 2023** by filing proof that at least one defendant was served by July 28, 2023.

It is so ordered.